THE CONTINENTAL INSURANCE COMPANY and Another, Appellants, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs, within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term, to serve an amended complaint, omitting all allegations specified in the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GRAND IRON WORKS, INC., Respondent, v. JOHN BRACKEN and Others, Appellants, Impleaded with Another, Defendant.— Order reversed and motion granted upon payment by appellants of all costs to date, including ten dollars costs and disbursements of this appeal and ten dollars costs of motion at Special Term, and without prejudice to the proceedings already had before the official referee or to the continuance of the trial before him under the order heretofore made herein. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY, Plaintiff, v. EARLINGTON REALTY CORPORATION, Appellant, and JOSEPH G. SIEGEL and Another, Respondents.— Order reversed, with ten dollars costs and disbursements and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of CECILE KENNEDY, Respondent, to Compel ALFRED L. MARILLEY, an Attorney and Counselor at Law, Appellant, to Pay Over Certain Moneys.— Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs, and the proceeding dismissed, upon the ground that the petitioner has not established her right to hold the appellant liable in a summary proceeding, and she is, therefore, relegated to the assertion of what right she may have in a common-law action. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRED GERRIETS and Another, Individually and as Copartners, etc., Appellants, v. ONE NINETY FIVE SOUTH ST. CO., INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ARMENDAIZ BROTHERS, INC., Respondent, v. AUTOMOTIVE PRODUCTS CORPORATION, Defendant. THE AMERICAN STEEL EXPORT COMPANY, INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.